Isaak Rubinstein et al., in Behalf of Themselves and All Other Persons Whose Assignors or Who Themselves Contributed Labor and Materials to the Improvement of Premises 27 and 30 Johnstone Road, Great Neck, Appellants, v. Jamaica National Bank of New York et al., Respondents.—

No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

David Shack, Respondent, v. Cecil Shapiro et al., Defendants, and Lena Shapiro et al., Defendants-Appellants.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

Eva Turgell, as Administratrix of the Estate of Julius Turgell, Deceased, Appellant, v. Abraham Morris et al., Respondents, et al., Defendants.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

Irwin Weinstein, Appellant, v. Lewis Allinson et al., Respondents.—

Settle order on notice. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.